UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22996-CIV-SEITZ/WHITE

LEON FITZGERALD HARRIGAN,

        Plaintiff,

v.

LYNN MARTINEZ,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-9]. In that Report, Magistrate Judge White recommends that Plaintiff's Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 [DE-1] be dismissed for failure to state a claim upon which relief may be granted because Plaintiff has not stated a constitutional violation under color of state law. Plaintiff has not filed objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Plaintiff has not objected, it is

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-9] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Plaintiff's Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 [DE-1] is DISMISSED;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 15 day of Novemberr, 2012.

                                        PATRICIA A. SEITZ
                                        UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
        All Counsel of Record